**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN IN, | : | |
|     Petitioner | : | |
| | : | |
|     v. | : | No. 21-cv-0608 |
| | : | |
| MARK CAPOZZA, | : | |
| Superintendent, | : | |
| SCI Fayette | : | |
|     Respondent | : | |

**NOTICE OF FILING TRANSCRIPTS**

Attached are the transcripts from the following state court proceedings in *Commonwealth v. In*:

- Trial, Day 1 – Sept. 9, 2008
- Trial, Day 2 – Sept. 10, 2008
- Trial, Day 3 – Sept. 11, 2008
- Trial, Day 4 – Sept. 12, 2008 (omitting closing arguments, including witness testimony)
- Trial, Day 4 – Sept. 12, 2008 (omitting witness testimony, including closing arguments)
- Trial, Day 5 – Sept. 15, 2008
- Trial, Day 6 – Sept. 16, 2008
- Sentencing – Dec. 19, 2008
- Post-verdict Motion – Apr. 8, 2009
- PCRA 1 – Apr. 11, 2014
- PCRA 2 – Jul. 7, 2017
- PCRA 3 – Aug. 18, 2017

Respectfully submitted,
/s/ *Graham Sternberg*
---
Graham Sternberg
Assistant District Attorney, Conviction Integrity Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
215-686-5718

Date: February 15, 2022

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN IN, | : | |
|    Petitioner | : | |
| | : | |
|    v. | : | No. 21-cv-0608 |
| | : | |
| **MARK CAPOZZA,** | : | |
| **Superintendent,** | : | |
| **SCI Fayette** | : | |
|    Respondent | : | |

## CERTIFICATE OF SERVICE

    I, Graham Sternberg, certify that on February 15, 2022, a copy of this Notice was served via the Court's electronic case filing system on:

        *Karl Schwartz*
        Wiseman & Schwartz, LLP
        718 Arch Street, Suite 702 North
        Philadelphia, PA  19106


                            */s/ Graham Sternberg*
                            Graham Sternberg
                            Assistant District Attorney, Conviction Integrity Unit
                            Philadelphia District Attorney's Office
                            Three South Penn Square
                            Philadelphia, PA 19107
                            215-686-5718